# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 579 EAL 2014
:
              Respondent        : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
       v.              :
:
:
:
KEITH WHITMORE,          :
:
              Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.